IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ,

      Petitioner,                      No. CIV S-06-1648 GEB EFB P

     vs.

M. VEAL,

      Respondent.                   FINDINGS AND RECOMMENDATION

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 26, 2005, petitioner filed an application for a writ of habeas corpus requesting that the court shorten his sentence because he assisted a prison guard who was attacked by a different prisoner. He also sought an order directing that he be given treatment for drug addiction. On November 14, 2006, the court found that petitioner did not state a cognizable claim for relief, noted that petitioner did not name the proper respondent, explained the deficiencies and dismissed the petition with leave to amend within 30 days.

      On December 5, 2006, petitioner filed an amended petition, again naming M. Veal as the respondent. His amended pleading again seeks early release for protecting a guard and treatment for drug addiction. These allegations do not support any legally cognizable theory upon which the court could find that he is in custody in violation of the Constitution, laws or treaties of the

1  United States. *See* 28 U.S.C. §§ 2254(a); 2242.  Therefore, this action must be dismissed with
2  prejudice.
3       Accordingly, it is hereby RECOMMENDED that this action be dismissed with prejudice
4  for petitioner's failure to allege facts based upon which the court could find that he is in custody
5  in violation of the Constitution, laws or treaties of the United States.
6       These findings and recommendations are submitted to the United States District Judge
7  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
8  after being served with these findings and recommendations, any party may file written
9  objections with the court and serve a copy on all parties.  Such a document should be captioned
10 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
11 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
12 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
13 Dated:   December 19, 2006.
14
15 \
                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26